UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA BUREAU OF CRIMINAL APPREHENSION; HENNEPIN COUNTY ATTORNEY'S OFFICE<br><br>      Plaintiffs,<br><br> v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON*, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KASHYAP PATEL, *in his official capacity as Director of the Federal Bureau of Investigation*.<br><br>      Defendants. | **Case No.** _____ |

## **NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the motion for a temporary restraining order filed

by Plaintiffs Minnesota Bureau of Criminal Apprehension and the Hennepin County

Attorney's Office will be heard at a **DATE AND TIME TO BE DETERMINED BY THE COURT.**

Dated: January 24, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ **Pete Farrell**
PETER J. FARRELL (#0393071)
Deputy Solicitor General
JOSEPH RICHIE (##400615)
Special Counsel

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
Peter.Farrell@ag.state.mn.us
Joseph.Richie@ag.state.mn.us

*Attorneys for Plaintiff Minnesota Bureau of Criminal Apprehension*

/s/ **Clare A. Diegel**
Clare A. Diegel (#400758)
HENNEPIN COUNTY ATTORNEY'S OFFICE
300 S. 6th St.
Minneapolis, MN 55487
(612) 348-5550
clare.diegel@hennepin.us

*Attorney for Plaintiff Hennepin County Attorney's Office*