# EXHIBIT A

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | 4TH JUDICIAL DISTRICT |

## APPLICATION FOR SEARCH WARRANT

I, Nancy Lang, a licensed peace officer in the State of Minnesota, make an application to this Court for a warrant to search the premises described below, for the property and thing(s) described below.

I know the content of this application and affirm that the statements contained in this application are true based on my own knowledge, or are believed to be true.

I believe that the following described property and thing(s), namely:

- **Permission to use scientifically accepted forensic processing techniques to assist the BCA Crime Scene Team in documenting, locating, and/or enhancing forensic evidence.**
- **Permission to fully document the scene using measurements, diagrams, photography, and video.**
- **Any and all clothing, headwear, hand-wear, footwear and personal items that may contain forensic and/or biological evidence related to this investigation.**
- **Any personal items including phone, wallet, keys or identification related to the subject.**
- **Cellular telephones and electronic devices capable of sending and received electronic communications.**
- **All firearms and ammunition.**
- **Projectiles and remnants of projectiles.**
- **Spent and unspent cartridge casings.**
- **Firearm related paraphernalia; including, but not limited to cases, storage containers, holsters, sighting systems, and slings.**
- **Metal or powder residue related to the discharge of a firearm.**
- **Trace and microscopic evidence, including but not limited to blood, hair, fingerprints, body tissues, body fluids and excretions.**
- **Any other weapons.**
- **Permission to deploy and utilize unmanned aircraft systems to assist the crime scene team and investigations in documenting, locating, and/or enhancing forensic evidence.**

is or are at the premises described as:

**The area of 26th Street East and Nicollet Avenue including the street, side walks, boulevard and curtilage of adjacent businesses.**

located in the city or township of Minneapolis, County of Hennepin, State of Minnesota.

I apply for a search warrant on the following grounds:

- The property or things above-described was used as means of committing a crime.
- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The facts establishing the grounds for issuance of a search warrant are as follows:

Your Affiant, NANCY LANG, is a Peace Officer licensed in the State of Minnesota and is currently employed by the Minnesota Bureau of Criminal Apprehension (MN BCA). Your Affiant has served as a Senior Special Agent with the BCA since 2021. Prior to employment with the BCA, your Affiant was employed by the St. Cloud Police Department from 2000 through 2021 and with the Pennington County Sheriff's Office in South Dakota from 1994 through1996. Your Affiant has held several assignments investigating person related crimes, to include various death investigations, criminal sexual conduct, domestic assault, physical assault, and use of deadly force incidents. Your Affiant is currently assigned to the Force Investigations Unit (FIU) which focuses on investigations involving police officer use of deadly force, allegations of criminal sexual conduct involving police officers, and conflict cases.

On 01/24/2026 at approximately 0930 hours, the MN BCA Force Investigations Unit responded to a Use of Deadly Force (UDF) incident involving ICE agents. The incident was reported to have occurred in the area of 26th Street East and Nicollet Avenue in Minneapolis.

The following information is all the facts known to your Affiant regarding this investigation at this time.

On 01/24/2026 ICE agents had contact with a subject in the area of 26th Street East and Nicollet Avenue in Minneapolis. For unknown reasons at the current time, a struggle ensued between the subject and several ICE agents. Shots were fired and the subject was shot. CPR was started at the scene and the subject was transported to Hennepin County Medical Center where he was pronounced dead.

Your Affiant is respectfully requesting a search warrant to process the area of 26th Street East and Nicollet Avenue to include the street, sidewalk, boulevard and curtilage of any area businesses to gather and document evidence pertinent to this investigation.

I request a search warrant be issued, commanding Nancy Lang, BCA Agents from the Force Investigations Unit including ASAIC JOE SWENSEN, ASAIC NICKI MARQUARDT, SSA JESSICA BASTIL, SSA JOE PYKA, SSA KEVIN MERKLING, SSA NIC LYFOUNG, SSA SEAN MOONEY, SSA GARY KERN, SSA ANDREW VITALIS, SSA BRIAN CAMPBELL, SSA PATRICK LAVASSEUR, SSA DON NEWHOUSE, SSA JERRY KONECZNY  and members of the BCA CRIME SCENE TEAM, peace officers of the State of Minnesota, and any other authorized person, to enter and search between the hours of 7 a.m. and 8 p.m. to search the above described premises for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) to be analyzed by a forensic laboratory.

**I declare under penalty of perjury that everything stated in this document is true and correct.**

                                             **Applicant:** **Nancy Lang**
                                             Minnesota Bureau of Criminal Apprehension
                                             Electronically Signed
                                             01/24/2026 11:28 AM
                                             Hennepin County, Minnesota

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | 4TH JUDICIAL DISTRICT |

# SEARCH WARRANT

TO: NANCY LANG, BCA AGENTS FROM THE FORCE INVESTIGATIONS UNIT INCLUDING ASAIC JOE SWENSEN, ASAIC NICKI MARQUARDT, SSA JESSICA BASTIL, SSA JOE PYKA, SSA KEVIN MERKLING, SSA NIC LYFOUNG, SSA SEAN MOONEY, SSA GARY KERN, SSA ANDREW VITALIS, SSA BRIAN CAMPBELL, SSA PATRICK LAVASSEUR, SSA DON NEWHOUSE, SSA JERRY KONECZNY  AND MEMBERS OF THE BCA CRIME SCENE TEAM PEACE OFFICERS OF THE STATE OF MINNESOTA.

WHEREAS, Nancy Lang has this day under penalty of perjury made an application to this Court for a warrant to search the following described premises:

**The area of 26th Street East and Nicollet Avenue including the street, side walks, boulevard and curtilage of adjacent businesses.**

located in the city or township of Minneapolis, County of Hennepin, State of Minnesota for the following described property and thing(s):

- **Permission to use scientifically accepted forensic processing techniques to assist the BCA Crime Scene Team in documenting, locating, and/or enhancing forensic evidence.**
- **Permission to fully document the scene using measurements, diagrams, photography, and video.**
- **Any and all clothing, headwear, hand-wear, footwear and personal items that may contain forensic and/or biological evidence related to this investigation.**
- **Any personal items including phone, wallet, keys or identification related to the subject.**
- **Cellular telephones and electronic devices capable of sending and received electronic communications.**
- **All firearms and ammunition.**
- **Projectiles and remnants of projectiles.**
- **Spent and unspent cartridge casings.**
- **Firearm related paraphernalia; including, but not limited to cases, storage containers, holsters, sighting systems, and slings.**
- **Metal or powder residue related to the discharge of a firearm.**
- **Trace and microscopic evidence, including but not limited to blood, hair, fingerprints, body tissues, body fluids and excretions.**
- **Any other weapons.**
- **Permission to deploy and utilize unmanned aircraft systems to assist the crime**

**scene team and investigations in documenting, locating, and/or enhancing forensic evidence.**

WHEREAS, the application of Nancy Lang was duly presented and read by the Court, and being fully advised in the premises.

NOW, THEREFORE, the Court finds that probable cause exists for the issuance of a search warrant upon the following ground(s):

- The property or things above-described was used as means of committing a crime.
- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The court further finds that probable cause exists to believe that the above-described property and thing(s) is or are at the above-described premises.

**(End of Page)**

NOW, THEREFORE, you Nancy Lang, BCA Agents from the Force Investigations Unit including ASAIC JOE SWENSEN, ASAIC NICKI MARQUARDT, SSA JESSICA BASTIL, SSA JOE PYKA, SSA KEVIN MERKLING, SSA NIC LYFOUNG, SSA SEAN MOONEY, SSA GARY KERN, SSA ANDREW VITALIS, SSA BRIAN CAMPBELL, SSA PATRICK LAVASSEUR, SSA DON NEWHOUSE, SSA JERRY KONECZNY  and members of the BCA CRIME SCENE TEAM, peace officers of the State of Minnesota, and any other authorized person, are hereby commanded to enter and search  between the hours of 7 a.m. and 8 p.m.,  to search the above-described premises, for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) to be analyzed by a forensic laboratory.

BY THE COURT

ISSUED ON: 24 January, 2026

**Judicial Officer:** <u>Gina Brandt</u>
Judge of District Court
Electronically Signed
01/24/2026 11:54 AM