UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA BUREAU OF CRIMINAL APPREHENSION & HENNEPIN COUNTY ATTORNEY'S OFFICE,<br><br>     Plaintiffs,<br><br> v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON*, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KASHYAP PATEL, *in his official capacity as Director of the Federal Bureau of Investigation*.<br><br>     Defendants. | Case No. _____ |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

  This matter comes before the Court on Plaintiffs' Motion for a Temporary Restraining Order. Having reviewed the Complaint, Motion, Memorandum of Law, and

other evidence and argument submitted in support of the Motion, and in accordance with Federal Rule of Civil Procedure 65, and for good cause shown, the Court finds that Plaintiffs have satisfied the requirements for the issuance of a temporary restraining order. Plaintiffs have established (1) a substantial likelihood of success on the merits of their claims, (2) that they will be irreparably harmed absent a temporary restraining order enjoining Defendants from destroying or altering evidence related to a fatal federal-officer-involved shooting that took place in Minneapolis on January 24, 2026, and (3) that the public interest and balance of the equities strongly favor entry of a temporary restraining order to prevent the irrevocable loss of evidence.

It is hereby ORDERED that a TEMPORARY RESTRAINING ORDER is ENTERED in this case. It is further ORDERED that:

1) Defendants, together with their employees, agents, and anyone acting in concert with them, are ENJOINED destroying or altering evidence (or potential evidence)—whether physical (e.g., ballistics) or testimonial—related to a fatal federal-involved-involved shooting that took place in or around 26th Street and Nicollet Avenue in Minneapolis on January 24, 2026, including but not limited to evidence that Defendants and those working on their behalf removed from the scene and/or evidence that Defendants have taken into their exclusive custody.

2) The Court, in its discretion, waives the requirement for Plaintiffs to post bond under Federal Rule of Civil Procedure Rule 65(c).

BY THE COURT:

Dated: _____   _____
U.S. District Judge, District of Minnesota

CASE 0:26-cv-00628   Doc. 6   Filed 01/24/26   Page 3 of 3