# The Office of
# Minnesota Attorney General Keith Ellison

helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

January 25, 2026

The Honorable Eric C. Tostrud
U.S. District Court Judge, District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN  55101

      Re:    *Minnesota Bureau of Criminal Apprehension et al. v. Noem et al.*
            **Case No. 26-cv-628 (ECT/DTS) (D. Minn.)**

Dear Judge Tostrud:

    Our office represents Plaintiff Minnesota Bureau of Criminal Apprehension in this case. I write to provide an update on our efforts to notify and serve Defendants and to request that the Court consider them sufficient to comply with its direction that Plaintiffs serve Defendants by 9 a.m. this morning:

- Yesterday at 7:27 p.m. our office sent an email to the Civil Chief at the U.S. Attorney's Office for the District of Minnesota informing her that we would be filing a suit, seeking a temporary restraining order (TRO) relating to preservation of evidence, and asked her to confirm receipt and advise who will be handling the suit as soon as possible.

- Yesterday at 9:10 p.m. (immediately after the case was filed) our office emailed courtesy copies of our filings (with the exception of the word count certificate and hearing notice, which were provided at 9:44 p.m.) to the Civil Chief, again asking that she confirm receipt and advise who will be handling the case.

- The Civil Chief responded to our first email at 9:34 p.m. last night. At 11:00 p.m. she informed us that she would look for coverage for the case but would not accept service by email.

- At 11:11 p.m. our office emailed the Civil Chief a copy of the TRO entered by the Court. Shortly thereafter we asked if, given her office's refusal to accept service by email, if we could effect personal service in the morning before 9 a.m. The Civil Chief responded that the office would not be open to accept service until Monday.

- At 7:39 a.m. this morning, our office emailed courtesy copies of the pleadings and TRO to the Assistant Attorney General for the Civil Division at the U.S.

445 Minnesota Street, Suite 600, St. Paul, MN 55101-2125
Office: (651) 296-3353 • Toll Free: (800) 657-3787 • Minnesota Relay: (800) 627-3529
An Equal Opportunity Employer Who Values Diversity

Honorable Eric C. Tostrud
January 25, 2026
Page 2

Department of Justice, to the Office of General Counsel at the Department of Homeland Security, and to the Office of Chief Counsel at U.S. Customs and Border Protection.

We intend to formally serve Defendants tomorrow, January 26, 2026, consistent with Federal Rule of Civil Procedure 4(i) and to personally serve the Summons, Complaint, and TRO papers when the U.S. Attorney's Office reopens. The actions we have already taken comply with Rule 65(b)(1)'s requirement that we attempt to provide "written or oral notice to the adverse party." We request that the Court consider these efforts sufficient to comply with its Order that we serve Defendants by 9 a.m.

Thank you for your attention to this matter.

Respectfully,

**s/ Joseph Richie**
JOSEPH RICHIE
Special Counsel
Atty. Reg. No. 0400615
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us

PETER J. FARRELL
Deputy Solicitor General
Atty. Reg. No. 0393071
(651) 757-1424 (Voice)
Peter.Farrell@ag.state.mn.us

*Attorneys for Plaintiff Minnesota Bureau of Criminal Apprehension*

cc:   Clare Diegel, Esq.
      Ana Voss, Esq.

|#6173460-v1