UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-00628-ECT-DTS

Minnesota Bureau of Criminal Apprehension, et al.,

        Petitioner,             **NOTICE OF APPEARANCE**

v.

Kristi Noem, et al.,

        Defendants.

PLEASE TAKE NOTICE that Friedrich A. P. Siekert, Assistant United States Attorney, hereby notes his appearance as counsel for the Federal Defendants with respect to the above-referenced matter. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: January 26, 2026

    DANIEL N. ROSEN
    United States Attorney

    *s/ Friedrich A. P. Siekert*

    BY: FRIEDRICH A. P. SIEKERT
    Assistant U.S. Attorney
    Attorney ID Number 142013
    600 United States Courthouse
    300 South Fourth Street
    Minneapolis, MN 55415
    Telephone: 612-664-5600
    Email: Fred.Siekert@usdoj.gov

    Attorneys for Federal Defendants