UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

MINNESOTA BUREAU OF CRIMINAL
APPREHENSION & HENNEPIN
COUNTY ATTORNEY'S OFFICE

      Plaintiffs,

v.                                              Case No. 0: 26-cv-00628-ECT-DTS

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations;* U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection;* U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*, PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KASHYAP PATEL, *in his official capacity as Director of the Federal Bureau of Investigation*.

      Defendants.

**EXHIBIT LIST IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

_____

In accordance with D. Minn. Local Rule 7.1(l), Defendants submit the following list of exhibits in support of their Opposition to Plaintiffs' Motion for Temporary Restraining Order. The exhibits listed below are attached hereto.

- Declaration of Jeffrey R. Egerton
- Declaration of Mark M. Zito
- FBI Declaration[1]

Dated: January 26, 2026

DANIEL N. ROSEN
U.S. Attorney

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney General

 */s/ Andrew Warden*
ANDREW WARDEN (IN #23840-49)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Andrew.Warden@usdoj.gov

*Counsel for Defendants*

---

[1] The version attached hereto is redacted for public release. The unredacted version has been filed under seal.