UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MINNESOTA BUREAU OF CRIMINAL
APPREHENSION & HENNEPIN
COUNTY ATTORNEY'S OFFICE

    Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations*; U.S. Immigration and Customs Enforcement; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*; PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KASHYAP PATEL, *in his official capacity as Director of the Federal Bureau of Investigation.*

    Defendants.

Case No. 0:26-cv-00628-ECT-DTS

**DECLARATION OF** 

---

I, ▮▮▮▮ hereby declare as follows:

1. I am ▮▮▮▮ with the Federal Bureau of Investigation (FBI) assigned to the Minneapolis, Minnesota Field Office. One of the

teams I currently oversee is the Minneapolis Evidence Response Team (ERT). The mission of the ERT is to collect, document, and preserve evidence in an expert, competent, systematic way when conducting crime scene examinations and complex searches. The ERT utilizes complex state-of-the-art techniques to gather evidence and employ a system of crime scene management, evidence recognition, and proper collection techniques when processing crime scenes.

2. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

3. On January 24, 2026, at the request of the Department of Homeland Security and at the direction of FBI Executive Management, FBI personnel to include members of the Minneapolis ERT responded to a shooting in or around 26th Street and Nicollet Avenue in Minneapolis, Minnesota, to collect evidence related to that shooting. FBI personnel also collected evidence related to the shooting from other locations in the Minneapolis area.

4. The FBI Minneapolis ERT adhered to the FBI standard 12-step process for evidence collection. However, due to the scene becoming volatile, the 12-step ERT process was adapted for the safety of personnel.

5. Per FBI policies, procedures, and practices, all evidence that was collected was transported back to the FBI Minneapolis Field Office. Specifically, evidence was packaged by trained evidence collectors wearing the appropriate personal protective equipment. The evidence was packaged in the appropriate packaging material prior to being sealed with tamper-proof evidence tape. The evidence of which the FBI has maintained custody is preserved in a secure evidence room with controlled access in the

-

Minneapolis Field Office. Neither the ERT nor anyone in the Minneapolis Field Office has conducted any analysis, examinations, or interpretations of the collected evidence.

6. The FBI has not altered or destroyed the collected evidence. The FBI will continue to preserve the collected evidence in accordance with the FBI's policies and procedures for evidence retention. In no event will any collected evidence be destroyed before resolution of this investigation.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 26th day of January, 2026.



Federal Bureau of Investigation