UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA BUREAU OF CRIMINAL APPREHENSION & HENNEPIN COUNTY ATTORNEY'S OFFICE, | Court File No. 26-cv-00628 ECT/DTS |
| Plaintiffs, | |
| vs. | **DECLARATION OF PETER J. FARRELL** |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; JOHN CONDON*, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; U.S. Department of Homeland Security; TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. Customs and Border Protection; GREGORY BOVINO, *in his official capacity as Commander of the U.S. Border Patrol*; U.S. Border Patrol; DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KASHYAP PATEL, *in his official capacity as Director of the Federal Bureau of Investigation*. | |
| Defendants. | |

I, Peter J. Farrell, declare as follows:

1. I am the Deputy Solicitor General at the Office of the Minnesota Attorney General, and I am the lead attorney for Plaintiff Minnesota Bureau of Criminal Apprehension in this case. This declaration is submitted in support of Plaintiffs' motion for a temporary restraining order. I make this declaration in good faith based on my personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit A to this declaration is a true and correct copy of a social media post on X by Stephen Miller, Deputy White House Chief of Staff for Policy and Homeland Security Advisor, which may also be found at https://perma.cc/NC6S-MJ68.

3. Attached as Exhibit B to this declaration is a true and correct copy of a social media post on X by the United States Department of Homeland Security, which may also be found at https://perma.cc/S5MB-HJ8V.

4. Attached as Exhibit C to this declaration is a true and correct copy of a newspaper article published in the *Minneapolis Star Tribune*, which may also be found at https://perma.cc/EE3U-6KNT.

5. Attached as Exhibit D to this declaration is a true and correct copy of a newspaper article published in the *New York Times*, which may also be found at https://perma.cc/2VTV-F7H2.

6. Attached as Exhibit E to this declaration is a true and correct copy of a social media post on Truth Social by President Donald J. Trump, which may also be found at https://perma.cc/5M8S-RYDP.

7. Attached as Exhibit F to this declaration is a true and correct copy of a journal

article published in *Just Security*, which may also be found at https://perma.cc/FMC4-E8LC.

8.     Attached as Exhibit G to this declaration is a true and correct copy of a newspaper article published in the *New York Times*, which may also be found at https://perma.cc/EZB6-G9GR.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.


Dated:  January 27, 2026                    s/ **Pete Farrell**
                                            PETER J. FARRELL