# Exhibit A

 **Stephen Miller** ✓ @StephenM · Jan 24

A domestic terrorist tried to assassinate federal law enforcement and this is your response? You and the state's entire Democrat leadership team have been flaming the flames of insurrection for the singular purpose of stopping the deportation of illegals who invaded the country.

>  **Amy Klobuchar** ✓ @amyklobuchar · Jan 24
>
> Donald Trump and all your lieutenants who ordered this ICE surge: watch the horrific video of the killing today. The world is watching. Thousands of citizens stopped and harassed. Local police no longer able to do their work. Kids hiding. Schools closed. Get ICE out of Minnesota
>
> Show more