# Exhibit B

 **Homeland Security** ✓ @DHSgov · Jan 24

At 9:05 AM CT, as DHS law enforcement officers were conducting a targeted operation in Minneapolis against an illegal alien wanted for violent assault, an individual approached US Border Patrol officers with a 9 mm semi-automatic handgun, seen here.

The officers attempted to disarm the suspect but the armed suspect violently resisted. More details on the armed struggle are forthcoming.

Fearing for his life and the lives and safety of fellow officers, an agent fired defensive shots. Medics on scene immediately delivered medical aid to the subject but was pronounced dead at the scene.

The suspect also had 2 magazines and no ID—this looks like a situation where an individual wanted to do maximum damage and massacre law enforcement.

About 200 rioters arrived at the scene and began to obstruct and assault law enforcement on the scene, crowd control measures were deployed for the safety of the public and law enforcement.

This situation is evolving, and more information is forthcoming.

