# Exhibit D

# How the Trump Administration Rushed to Judgment in Minneapolis Shooting

The administration was in a race to control the narrative around the killing of Alex Pretti, even as videos emerged that contradicted the government's account.



Listen to this article · 7:00 min    Learn more

 

By Tyler Pager and Hamed Aleaziz

Reporting from Washington

Jan. 25, 2026

Not long after federal agents shot and killed a 37-year-old Minneapolis resident on Saturday, senior members of the Trump administration were ready with their conclusions about what had happened and who was to blame.

Stephen Miller, President Trump's homeland security adviser, called the victim, Alex Pretti, who was filming Border Patrol agents in Minneapolis, a "domestic terrorist." Gregory Bovino, the official in charge of Border Patrol operations, said Mr. Pretti was out to "massacre law enforcement." The Department of Homeland Security said an agent had fired "defensive shots" because he was "fearing for his life and the lives and safety of fellow officers."

Even as videos emerged that contradicted the government's account, the Trump administration was in a race to control the narrative around the killing of Mr. Pretti, a registered nurse with no criminal record who was pinned down when immigration agents opened fire and killed him. The rush to blame Mr. Pretti and

exonerate the immigration agents — even while officials were still gathering the facts — deviates entirely from the way law enforcement investigations are normally carried out.

But it also underscores what has become a pattern by Mr. Trump and top administration officials to justify an increasingly violent crackdown: immediately going on the offensive and demonizing the victim, often distorting the facts in the process.

On Sunday, Mr. Trump said Democrats were to blame for the killings, not federal agents.

His reasoning, which he laid out on social media, was that Democrats were not cooperating with the ICE operation in Minneapolis, which has created "dangerous circumstances for EVERYONE involved."

Daniel Altman, a former Customs and Border Protection official who served in the Trump and Biden administrations, said presidents often tried to find political advantage in moments of crisis. But he said it undermined public confidence in the investigation process to make snap judgments about motive and blame.

Mr. Altman, who oversaw internal investigations into use of force, said there were well-established procedures for such cases, including timelines for notifying Congress and the public. "Those measures are designed to promote transparency and accountability," he said.

Shortly after Mr. Pretti was shot, officials at D.H.S. and the White House were in contact about how to respond to the incident, according to a person familiar with the communications who asked for anonymity to describe internal procedures.

The officials sought information from the ground in Minneapolis and worked with lawyers to prepare the statement issued by D.H.S. Some details were removed before the statement was published because they were still working to get a more complete picture of what happened, the person familiar with the process said.

Still, the statement claimed that Mr. Pretti "approached" officers with handgun and the "armed suspect violently resisted" when officials tried to disarm him.

Videos of the encounter show Mr. Pretti, who had a permit to carry a firearm, stepping between a woman and an agent who was pepper spraying her. Mr. Pretti is then hit with pepper spray before a group of agents pile on to him, restraining and disarming him before the barrage of gunfire. Videos show that he never drew his weapon.

Kristi Noem, the homeland security secretary, labeled Mr. Pretti a "domestic terrorist," saying that was just "the facts" of the case and claiming to know his motive: "to inflict maximum damage on individuals and to kill law enforcement."

The same day D.H.S. issued its statement, Mr. Miller and Mr. Bovino, the key architects of Mr. Trump's aggressive immigration crackdown, showed little restraint. Their social media posts are not subject to review, and their public comments are rarely carefully worded. In November, a federal judge found that Mr. Bovino had lied multiple times about federal agents' use of force during immigration enforcement operations in Chicago.

The killing of Mr. Pretti — and the administration's handling of the case — has drawn criticism from across the political spectrum. Democrats assailed the Trump administration and quickly signaled that they would oppose legislation to fund large parts of the government because it included $10 billion for ICE.

Major gun rights activists and groups, typically allies of Mr. Trump's, also denounced his administration for suggesting that Mr. Pretti's killing might have been justified because he was carrying a pistol.

Bill Essayli, a federal prosecutor in Los Angeles, wrote on social media, "If you approach law enforcement with a gun, there is a high likelihood they will be legally justified in shooting you." Gun Owners of America, one of the country's largest gun advocacy groups, said in a post on social media that it condemned Mr. Essayli's "untoward comments."

Some Republicans in Congress also raised concerns about the shooting, a reflection of fears within the party of how backlash to the administration's aggressive tactics could damage their political prospects in the midterm elections.

"The credibility of ICE and D.H.S. are at stake," said Senator Bill Cassidy, Republican of Louisiana, who also called for a "full joint federal and state investigation" into Mr. Pretti's death. "We can trust the American people with the truth."

A poll from The New York Times and Siena University, conducted after the killing of Renee Good, the 37-year-old woman who was shot in Minneapolis by an ICE officer this month, found that roughly half of voters supported Mr. Trump's deportations and his handling of the border with Mexico, but a sizable majority believed that ICE had gone too far.

Just 36 percent of voters said they approved of the way ICE was handling its job, according to the poll, while 63 percent disapproved — including 70 percent of independent voters. And 61 percent of voters said ICE had "gone too far" in their tactics, including nearly one in five Republicans.

By Sunday morning, even some senior Trump administration officials appeared to try to tone down some of the language. Todd Blanche, the deputy attorney general, dodged questions on NBC's "Meet the Press" about whether Mr. Pretti was "brandishing a gun," as Ms. Noem had said on Saturday.

"I do not know, and nobody else knows, either," Mr. Blanche said. "That's why we're doing an investigation."

But Mr. Bovino gave little ground in an interview on CNN, arguing that the border patrol agents were the "victims" and that Mr. Pretti had "injected himself into that law enforcement situation with a weapon." Still, when pressed for evidence, Mr. Bovino had little to offer.

"The facts are going to come to light as to what exactly happened with an investigation," he said.

Alexandra Berzon contributed reporting.

**Tyler Pager** is a White House correspondent for The Times, covering President Trump and his administration.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy for The Times.