# Exhibit E

**Donald J. Trump**
@realDonaldTrump

This is the gunman's gun, loaded (with two additional full magazines!), and ready to go – What is that all about? Where are the local Police? Why weren't they allowed to protect ICE Officers? The Mayor and the Governor called them off? It is stated that many of these Police were not allowed to do their job, that ICE had to protect themselves — Not an easy thing to do! Why does Ilhan Omar have $34 Million Dollars in her account? And where are the Tens of Billions of Dollars that have been stolen from the once Great State of Minnesota? We are there because of massive Monetary Fraud, with Billions of Dollars missing, and Illegal Criminals that were allowed to infiltrate the State through the Democrats' Open Border Policy. We want the money back, and we want it back, NOW. Those Fraudsters who stole the money are going to jail, where they belong! This is no different than a really big Bank Robbery. Much of what you're witnessing is a COVER UP for this Theft and Fraud. The Mayor and the Governor are inciting Insurrection, with their pompous, dangerous, and arrogant rhetoric! Instead, these sanctimonious political fools should be looking for the Billions of Dollars that has been stolen from the people of Minnesota, and the United States of America. LET OUR ICE PATRIOTS DO THEIR JOB! 12,000 Illegal Alien Criminals, many of them violent, have been arrested and taken out of Minnesota. If they were still there, you would see something far worse than you are witnessing today!



11.2k ReTruths    34.8k Likes        Jan 24, 2026, 1:06 PM