| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Minnesota Bureau of Criminal Apprehension & Hennepin County Attorney's Office | Court File Number |
| Plaintiff, | 0:26-cv-00628-ECT-DTS |
| v. | |
| Kristi Noem, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota     )
County of Hennepin     )

I, Richard H. Harden, state that on Monday, January 26, 2026 at 9:02 AM I served the Summonses; Complaint; Civil Cover Sheet; Motion for Temporary Restraining Order; Notice of Hearing; Memorandum in Support of TRO; Local Rule 7.1 Certification; Declaration of Drew Evans [with Exhibit A]; [Proposed] Temporary Restraining Order; and Orders upon Kristi Noem and other United States Defendants, therein named, personally at 600 US Courthouse, 300 South 4th Street, Minneapolis, MN 55415, by handing to and leaving with Madny Shaw, Receptionist, an Expressly Authorized agent of said Kristi Noem and other United States Defendants, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 1/26/2026    _____
Richard H. Harden, Process Server





METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: MN BCA v Noem 26-v-628        -1-