# UNITED STATES DISTRICT COURT

## District of Minnesota

Minnesota Bureau of Criminal Apprehension,
Hennepin County Attorney's Office,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 26-cv-628 ECT/DTS

Kristi Noem, John Condon, U.S. Department of
Homeland Security, Todd Lyons, Marcos
Charles, U.S. Immigration and Customs
Enforcement, Rodney Scott, U.S. Customs and
Border Protection, Gregory Bovino, U.S.
Border Patrol, David Easterwood, Pamela
Bondi, Kashyap Patel,

Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Temporary Restraining Order dated January 24, 2026 [ECF No. 10] is **DISSOLVED**.

2. To the extent Plaintiffs seek further relief through their Motion for a Temporary Restraining Order [ECF No. 2], Plaintiffs' request is **DENIED**. This denial is without prejudice to any future motion Plaintiffs may file should they believe circumstances have changed or narrower relief is required.

3.      Defendants' Motion to Seal FBI Declaration [ECF No. 18] is **GRANTED**.


Date: 2/2/2026                                              KATE M. FOGARTY, CLERK