**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

 MINNESOTA BUREAU OF CRIMINAL
APPREHENSION; HENNEPIN COUNTY
ATTORNEY'S OFFICE

                Plaintiffs,

      v.

KRISTI NOEM, *in her official capacity as
Secretary of the U.S. Department of
Homeland Security*; JOHN CONDON*, in his
official capacity as Acting Executive
Associate Director of Homeland Security
Investigations*; U.S. Department of Homeland
Security; TODD LYONS, *in his official
capacity as Acting Director of U.S.
Immigration and Customs Enforcement*;
MARCOS CHARLES, *in his official capacity
as Acting Executive Associate Director,
Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement*;
RODNEY SCOTT, *in his official capacity as
Commissioner of U.S. Customs and Border
Protection*; U.S. Customs and Border
Protection; GREGORY BOVINO, *in his
official capacity as Commander of the U.S.
Border Patrol*; U.S. Border Patrol; DAVID
EASTERWOOD, *in his official capacity as
Acting Director, Saint Paul Field Office, U.S
Immigration and Customs Enforcement*; U.S.
Immigration and Customs Enforcement;
PAMELA BONDI, *in her official capacity as
Attorney General of the United States*;
KASHYAP PATEL, *in his official capacity as
Director of the Federal Bureau of
Investigation*.

              Defendants.

Case No. 26-cv-628 (ECT/DTS)

**NOTICE OF
VOLUNTARY DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Defendants have not served an answer or motion for summary judgment in this action.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Minnesota Bureau of Criminal Apprehension and the Hennepin County Attorney's Office hereby voluntarily dismiss this action without prejudice.

Respectfully submitted,

Dated: March 24, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Peter J. Farrell**
PETER J. FARRELL
Atty. Reg. No. 0393071
Deputy Solicitor General

JOSEPH RICHIE
Atty. Reg. No. 400615
Special Counsel

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
Peter.Farrell@ag.state.mn.us
Joseph.Richie@ag.state.mn.us

*Attorneys for Plaintiff*
*Minnesota Bureau of Criminal*
*Apprehension*

March 24, 2026

MARY F. MORIARTY
Hennepin County Attorney

**s/ Clare A. Diegel**
CLARE A. DIEGEL
Atty. Reg. No. 400758
Director, Division of
Professional Standards

Hennepin County Attorney's Office
300 South Sixth Street
Minneapolis, Minnesota 55487
(612) 348-5550
clare.diegel@hennepin.us

*Attorney for Plaintiff*
*Hennepin County Attorney's Office*

2